**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| RICHARD ERBY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | No.2:23-cv-02298-SHM-tmp |
| ) | |
| STATE OF TENNESSEE, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DISMISSING CASE**

On May 10, 2023, Plaintiffs (1) Richard Erby, (2) Robert L. Love, (3) Jerrahmiah J. Rankins, (4) Dangelo C. Reid, (5) Rodricus Brown, (6) LaTerrance Stewart, (7) Antonio Whitmore, Jr., (8) Jutarian D. Malone, (9) Lavell Pennington, and (10) Szumanki Stroud (collectively, the "Plaintiffs") filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

On February 12, 2024, the Court: 1) dismissed Plaintiffs Erby, Rankins, Brown, and Malone without prejudice for failure to prosecute and 2) dismissed Plaintiffs Love, Stewart, Pennington, Reid, and Whitmore without prejudice for failure to notify the Court of their respective present addresses. (ECF Nos. 17, 18, 20.) On August 8, 2024, the Court dismissed Plaintiff Stroud without prejudice for failure to prosecute.

Accordingly, this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of August, 2024.

                                                         */s/ Samuel H. Mays, Jr.*
                                                         SAMUEL H. MAYS, JR.
                                                         UNITED STATES DISTRICT JUDGE