```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

**RICHARD ERBY, et al.,**

    **Plaintiffs,**

v.                                            No. 2:23-cv-02298-SHM-tmp

**STATE OF TENNESSE, et al.,**

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order docketed August 9, 2024.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


*August 9, 2024*                              WENDY OLIVER
DATE                                              CLERK

                                                        */s/ Jairo Mendez*
                                                      (By) DEPUTY CLERK